# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TELLAGEMINI COMMUNICATION LLC, | Case No. 6:20-cv-00588-ADA |
| Plaintiff, | Jury Trial Demanded |
| v. | |
| GODADDY INC., | |
| Defendant. | |

## JOINT NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY

The parties, through undersigned counsel, respectfully submit this Joint Notice of Pending Settlement and Request to Stay. The parties have reached a settlement in principle, pursuant to which the Complaint will be dismissed with prejudice upon execution of a confidential written settlement agreement, which the parties expect to complete in the near future. Meanwhile, the parties jointly request that the Court stay all further proceedings for twenty-one (21) days pending finalization of the parties' settlement, including but not limited to staying Defendant's deadline to respond to the Complaint that is currently due August 24, 2020.

/ / /

/ / /

/ / /

/ / /

Dated:  August 20, 2020

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Brian W. LaCorte*
    Brian W. LaCorte (*pro hac vice*)
    Arizona Bar No. 012237
    Jonathon A. Talcott (*pro hac vice*)
    Arizona Bar No. 030155
    1 East Washington Street, Suite 2300
    Phoenix, AZ 85004-2555
    Tel:  602.798.5400
    Fax:  602.708.5595
    lacorteb@ballardspahr.com
    talcottj@ballardspahr.com
    *Attorneys for Defendant GoDaddy Inc.*

RABICOFF LAW LLC

By: */s/ Isaac Rabicoff (w/permission)*
    Isaac Rabicoff
    73 W. Monroe Street
    Chicago, IL 60603
    Tel:  773.669.4590
    isaac@rabilaw.com
    *Attorneys for Plaintiff*
    *Tellagemini Communication LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 20, 2020, a true and correct copy of the foregoing was served to any and all counsel of record via CM/ECF.

By: */s/ Brian W. LaCorte*
Brian W. LaCorte